```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

JO ANN JONES,                      )
                                   )
        Plaintiff                  )
                                   )  No. 3:12-0860
v.                                 )  Judge Campbell/Brown
                                   )  **Jury Demand**
METROPOLITAN NASHVILLE PUBLIC      )
SCHOOLS, *et al.*,                 )
                                   )
        Defendants                 )

**TO: THE HONORABLE TODD J. CAMPBELL**

## RECOMMENDATION

The Defendants have submitted a motion to continue the trial date because of the vacation schedule of their counsel (Docket Entry 49). The Plaintiff has requested an amendment to the scheduling order to allow for an expert that was not previously anticipated. Either of these events would require a change in the trial date, which is presently set for March 25, 2014.

After discussion with the parties the Magistrate Judge recommends a trial date on or after July 15, 2014. If a trial date on or after that date is available, then the scheduling order will be amended to provide that the Plaintiff may make any expert disclosures under Rule 26 on or before October 31, 2013; the Defendants shall make any rebuttal expert reports on or before December 2, 2013; any depositions of experts will be completed by January 17, 2014; dispositive motions will be due February 17, 2014, and responses will be due on March 17, 2014, with replies due

on March 31, 2014. If dispositive motions are filed early, the response and reply dates are moved up accordingly.

      **ENTERED** this 19th day of July, 2013.

                                      /s/ Joe B. Brown
                                      JOE B. BROWN
                                      United States Magistrate Judge