IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

JO ANN JONES,                                )
                                             )
    Plaintiff,                               )
                                             )
v.                                           )   Case No. 03:12-CV-00860
                                             )   Judge Campbell
METROPOLITAN GOVERNMENT OF                   )   Magistrate Brown
NASHVILLE AND DAVIDSON COUNTY                )
                                             )
    Defendant.                               )

## AGREED PROTECTIVE ORDER
[employment and income tax records]

It appearing to the Court, as evidenced by the signatures below, that the parties have agreed that the Plaintiff's employment records and Plaintiff's income tax records shall remain confidential and subject to this Agreed Protective Order; that said information shall be used only in this litigation and for no other purpose; and that at the final conclusion of this case, all such information shall be destroyed.

The parties further agree that this Order replaces the Agreed Protective Order filed on September 19, 2013.  (*See* Order of 9/19/13, Docket No. 53.)

This Order does not address the question of whether such information will be considered admissible evidence at trial.

It is so ORDERED.

                                                              /S/ Joe B. Brown
                                                              Joe B. Brown
                                                              United States Magistrate Judge

APPROVED FOR ENTRY:

*/s/ J. Brooks Fox*
J. Brooks Fox, # 16096
Metropolitan Courthouse, Suite 108
P.O. Box 196300

1

Nashville, TN 37219-6300
615-862-6341
Attorney for Defendant


*/s/ Joseph Howell Johnson, with permission by /s/ J. Brooks Fox*
Joseph Howell Johnston, #4706
2815 Belmont Boulevard
Nashville, TN 37212
615-947-6363

## Certificate of Service

This is to certify that a copy of the foregoing has been made upon Filing Users through the Electronic Filing System and by mail to: Joseph Howell Johnston, P.O. Box 120874, Acklen Station, Nashville, TN 37212 on the 23rd day of October, 2013.

/s/ *J. Brooks Fox*_____
J. Brooks Fox