UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JO ANN JONES ) | |
| ) | |
| v. ) | NO. 3:12-0860 |
| ) | JUDGE CAMPBELL |
| METROPOLITAN NASHVILLE PUBLIC SCHOOLS   ET AL ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/16/2014.

KEITH THROCKMORTON, CLERK
s/Elaine J. Hawkins, Deputy Clerk