OK to pay
J. Brooks Fox
8/6/13

INVOICE
L-15651

**DEBRA R. CARNEY, RPR, LCR, CCR**
144 Second Avenue North, Suite 230
Nashville, TN 37201
Phone: 615-244-3376
Fax: 615-244-0961

Number: DC 3937 Fox
Date: 8/06/13

**BILL TO:**
J. Brooks Fox, Esquire
Metropolitan Courthouse
Suite 108
Nashville, TN 37201

**ADDITIONAL CLIENT INFORMATION:**
Phone: 615-862-6341
Fax: 615-862-6352
Email: brooks.fox@nashville.gov

| REPORTER'S TAX ID: | PLAINTIFF(S): | DEFENDANT(S): |
|---|---|---|
|  | Jones | Metro |
| Date of Service: | Description: | Amount |
| 07-23-13 | Copy of Transcript of Deposition of David Driver, 55 pages @ $2.05/page | 112.75 |
|  | Copy of Transcript of Deposition of Patricia Steinmann, 21 pages @ $2.05/page | 43.05 |
|  | Administrative Fee | 15.00 |
|  | TOTAL | $170.80 |

Thank you for your business!

ONLINE SCHEDULING NOW AVAILABLE AT
www.ACR-Nashville.com

ASCII and PDF files, condensed format and word index included free of charge with any transcript ordered, original or copy.

**Please make check payable to Debra R. Carney**

OK to pay
$170
J. Charles
8/8/13

L-15651  B. Fox  143 S.S.T.L.

| VENDOR # | 797250 |
|---|---|
| ACCOUNT # | 06506000 |
| OP/OM # | 501212 |
| BATCH # |  |
| VOUCHER # |  |

Approved $170.80
J. Charles

L-15651/J Jones

**DEBRA R. CARNEY, RPR, LCR, CCR**
144 Second Avenue North, Suite 230
Nashville, TN 37201
Phone: 615-244-3376
Fax: 615-244-0961

INVOICE

*OK 3/26/13*
*[signature]*
*498.70*
*L-15651*

Number: DC 3866 Fox
Date: 3/18/13

**BILL TO:**
J. Brooks Fox, Esquire
Metropolitan Government
Metropolitan Courthouse
Suite 108
Nashville, TN 37201

**ADDITIONAL CLIENT INFORMATION:**
Phone: 615-862-6341
Fax: 615-862-6352
Email: brooks.fox@nashville.gov

| REPORTER'S TAX ID: | PLAINTIFF(S): | DEFENDANT(S): |
|---|---|---|
|  | Jones | Metro |
| **Date of Service:** | **Description:** | **Amount** |
| 03-05-13 | Original Deposition Transcript of Jo Ann Jones, 92 pp @ $4.10/pg | 377.20 |
|  | Per Diem, 2 hrs, $75 the first hr, $25 each additional hr | 100.00 |
|  | Exhibits, 6 pp @ 25 cents/pg | 1.50 |
|  | Postage for Exhibits | 5.00 |
|  | Administrative Fee | 15.00 |
|  | TOTAL | $498.70 |

Thank you for your business!

ONLINE SCHEDULING NOW AVAILABLE AT
www.ACR-Nashville.com

ASCII and PDF files, condensed format and word index included free of charge with any transcript ordered, original or copy.

*OK to pay*
*[signature] Chuck*
*3/20/13*
*$498.70*

*PAY: $498.70*

**Please make check payable to Debra R. Carney**

*L-15651 / Jones*

*L-15651   B. Fox*

| VENDOR # | 797250 |
|---|---|
| ACCOUNT # | 0650600 |
| OP/OM # | 50122 |
| BATCH # |  |
| VOUCHER # |  |

*143 S.S.I.L  J. Charles*
*approved to pay $498.70*

OK Brooks Fox
J. Brooks Fox 9/17/13
L-15651

**INVOICE**

**DEBRA R. CARNEY, RPR, LCR, CCR**
144 Second Avenue North, Suite 230
Nashville, TN 37201
Phone: 615-244-3376
Fax: 615-244-0961

Number: DC-3965 Fox
Date: 9/13/13

**BILL TO:**
J. Brooks Fox, Esquire
Metropolitan Government
Metropolitan Courthouse
Suite 108
Nashville, TN 37219

**ADDITIONAL CLIENT INFORMATION:**
Phone: 615-862-6341
Fax: 615-862-6352
Email: brooks.fox@nashville.gov

| REPORTER'S TAX ID: | PLAINTIFF(S): | DEFENDANT(S): |
|---|---|---|
|  | Jones | Metro |
| Date of Service: | Description: | Amount |
| 08-30-13 | Copy of Transcript of Deposition of Deltina Braden, 152 pages @ $2.05/pg | 311.60 |
|  | Copies of Exhibits, 39 pages @ 25 cents/pg | 9.75 |
|  | Administrative Fee | 15.00 |
|  |  |  |
|  | TOTAL | $336.35 |

Thank you for your business!

ONLINE SCHEDULING NOW AVAILABLE AT
www.ACR-Nashville.com

ASCII and PDF files, condensed format and word index included free of charge with any transcript ordered, original or copy.

<u>Please make check payable to Debra R. Carney</u>

L-15651        B. Fox

| VENDOR # | 797850 |
| ACCOUNT # | 06506000 |
| OP/OM # | 501212 |
| BATCH # | |
| VOUCHER # | |

L-15651/Jones;

143 S.S.I.L
Approved $336.35
by J. Charles

OK to pay
$336.35
J. Charles
9/18/13